JAMES E. WITHERS et al., Respondents, *v.* THE NEW JERSEY STEAMBOAT COMPANY, Appellant.

(Submitted January 12, 1872; decided May term, 1872.)

DECIDED upon the facts in the case, and upon the ground that the exceptions were too general to present the questions attempted to be raised upon the appeal.

*C. & A. S. Jones* for the appellant.

*Burrill, Davidson & Burrill* for the respondents.

GRAY, C., reads for affirmance; all concur, LEONARD, C., not sitting.

Judgment affirmed.